

**HASBANI & LIGHT, P.C.**
ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

Rafi Hasbani, Esq.
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

August 25, 2022

**Via ECF**
The Honorable Judge Francis Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: Millennium Trust Company, LLC as Custodian FBO Prime Meridian NPL, LLC v. 25 Salem Road Corp. et al
      Docket No. 21-cv-6636

Dear Judge Kuntz,

  This firm is counsel to Plaintiff Millennium Trust Company, LLC as Custodian FBO Prime Meridian NPL, LLC ("Plaintiff") in the above-referenced action. Pursuant to the Court's order dated July 25, 2022, please see the attached proposed order as **Exhibit A**.

  Thank you for your time and consideration in this matter.

  Should the Court have any questions, feel free to contact me.

           Very Truly Yours,

           */s/ Rafi Hasbani*
           Rafi Hasbani, Esq.