UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MILLENNIUM TRUST COMPANY, LLC AS CUSTODIAN
FBO PRIME MERIDIAN NPL, LLC

                                   Plaintiff,

-against-

25 SALEM ROAD CORP, NTEANNA ELDER, JOHN DOE and JANE DOE, the last two names being fictitious, it being intended to name all other parties who may have some interest in or lien upon the premises described in the complaint,

                                  Defendants.
----------------------------------------------------------------x

Case No.: 1:21-cv-06636

**AFFIDAVIT OF SERVICE BY MAIL**

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF NEW YORK  )

      I, Ryan Tangney, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Nassau County.
      On February 15, 2023, I served a Notice of Sale upon:

TO:    25 Salem Road Corp
         25 Salem Road
         Valley Stream, NY 11580

         Nteanna Elder
         1115 Carroll Street, Apt. 2L
         Brooklyn, NY 11225

         Occupants
         25 Salem Road
         Valley Stream, NY 11580

     at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: 2/21/2023

                                                                 Ryan Tangney
                                                                 Ryan Tangney

Sworn to me this 21st day of February, 2023

_____
Notary Public

TRACI M. STRICKLAND
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6251717
Qualified in Kings County
My Commission Expires December 12, 2023